No. State 43. DUCKSWORTH, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 216 N. W. 2d 48.)

ERROR to review a judgment entered November 20, 1972, and an order entered March 13, 1973, of the circuit

court for Milwaukee county: CHRIST T. SERAPHIM, Circuit Judge.

Criminal law. Forgery. Possession and intent to utter forged writing. Withdrawal of guilty plea. Reaffirmation after declining opportunity to withdraw. Denial of subsequent withdrawal motion proper.

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and *Garrett N. Kavanagh,* assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Charles R. Larsen,* assistant attorney general.

Judgment and order affirmed.